IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Lg_ D.C.
05 AUG 11  PM 3:53
THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| WILLODEAN P. PRECISE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2448 Ml/An |
| ) | |
| DUNCAN WILLIAMS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss, entered November 4, 2004, and the Order Denying Plaintiff's Motion to Alter or Amend Judgment and to Reconsider Denial of Leave to Amend, filed August 11, 2005, judgment is hereby entered in favor of Defendant Duncan Williams, Inc. and against Plaintiff Willodean P. Precise.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Aug 11, 2005_
Date

THOMAS M. GOULD

Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-12-05_

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02448 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Harold Naill Falls
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

John B. Veach
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT